IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-02071-WDM-PAC

LYNN DRANEY,

    Plaintiff,

v.

PROFESSIONAL RECOVERY SYSTEMS, LLC.

    Defendant.

---

## NOTICE OF DISMISSAL

---

The court construes Plaintiff's Unopposed Motion to Dismiss with Prejudice as a Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i). Accordingly, this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on November 4, 2005.

                                        BY THE COURT:

                                        /s/ Walker D. Miller
                                        United States District Judge